UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| DR. ANN McALLISTER OLIVARIUS, § § **Plaintiff,** § § vs. § § DR. DANIEL FRIEDMAN, § DR. JOANNE S. INGWALL, § WILLIAM J. DONELAN, § DR. RICHARD L. PAGE, § KAREN SAVRANSKY, § DANA QUINN BOYD, FREISHTAT, § BURKE, MULLEN & DUBNOW, LLC, § DAVID FREISHTAT, STACIE § DUBNOW, § § **Defendants.** § | Civil Action No. JFM-05-CV-0717 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 101.2, Martin S. Himeles, Jr. and Zuckerman Spaeder LLP ("Local Counsel") respectfully move to withdraw their appearance on behalf of plaintiff Dr. Ann McAllister Olivarius, and as reasons therefore state as follows:

1. This action was commenced by the filing of a summons and complaint on March 15, 2005. No defendant has yet been served.

2. Plaintiff is represented by James D. McCarthy and Diamond McCarthy Taylor Finley Bryant & Lee, LLP of Dallas, Texas, and by Local Counsel. Local Counsel and plaintiff have agreed that, because of Local Counsel's relationship with one or more potential witnesses, plaintiff will retain other Maryland counsel, and plaintiff has consented to Local Counsel's withdrawal without further delay.

      3.     A certificate of counsel in compliance with Local Rule 101.2(a) is attached.

      4.     Accordingly, Local Counsel respectfully requests that the Court grant leave to withdraw.

Respectfully submitted,

*/s/ Martin S. Himeler, Jr.*

Martin S. Himeler, Jr.  
Federal Bar No. 3430  
Zuckerman Spaeder LLP  
100 E. Pratt Street, Suite 2440  
Baltimore, Maryland 21202  
410-332-0444

Approved:

_____

J. Frederick Motz  
United States District Judge

## Certificate Pursuant to Local Rule 101.2(a)

Martin S. Himeles, Jr., counsel for plaintiff Dr. Ann McAllister Olivarius, certifies as follows:

1. Dr. Olivarius resides at the following address:

    30 Stamford Brook Road
    London, England  W6 OXH

2. On March 17, 2004, counsel mailed to Dr. Olivarius a written notice stating that counsel would move to withdraw on April 1, 2005, and that plaintiff should either have new counsel enter an appearance or advise the Clerk that she will be proceeding without counsel.

April 1, 2005
Date

Martin S. Himeles, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, 2005 a copy of the foregoing Request to Withdraw Appearance was mailed, postage prepaid, to the following:

James D. McCarthy
1201 Elm Street, Suite 3400
Dallas, Texas 75270

Martin S. Himeles, Jr.