# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Frances E. Kessler, Chief Deputy
Lisa Rosenthal, Chief Deputy

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

005 JUN -2  P 3: 30

Reply to Northern Division Address

Y       DEPUTY

June 1, 2005

**MEMORANDUM TO ALL COUNSEL/PARTIES**

RE:     Olivarius v. Friedman, et al.
        Civil No. JFM-05-717

The following party is now proceeding without counsel, *("pro se")*: Dr. Ann McAllister Olivarius. This case:

[ ]  Is now exempt from electronic filing. All documents must be filed with the Court and served in paper format.

[✓]  Will remain subject to electronic filing. Counsel is directed to file documents electronically with the Court and serve a paper copy on any *pro se* party. Any person representing her/himself is directed to file with the Court and serve all documents in paper format. The Clerk is directed to scan and electronically file all paper documents received from a party representing her/himself which would otherwise be filed electronically.

J. Frederick Motz
United States District Judge

Letter re pro se party (7/21/2004)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov