IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| DR. ANN McALLISTER OLIVARIUS, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 1:05-cv-00717-JFM |
| DR. DANIEL FRIEDMAN, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* o0o \* \* \* \* \* \* \*

## SPECIAL ENTRY OF APPEARANCE

Clerk:

 Please enter the special appearance of Andrew D. Levy, as local counsel for the Plaintiff for the limited, special purpose of filing a Stipulation of Voluntary Dismissal.

               Respectfully submitted,

               /s/
               Andrew D. Levy (Fed. Bar No. 00861)
               BROWN, GOLDSTEIN & LEVY, LLP
               120 East Baltimore Street, Suite 1700
               Baltimore, Maryland 21202
               (410) 962-1030

               Local Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

 **I HEREBY CERTIFY** that on this 7th day of June, 2005, a copy of the foregoing was electronically filed and served on all parties and counsel participating in the ECF system.

               /s/
               Andrew D. Levy