IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| DR. ANN McALLISTER OLIVARIUS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:05-cv-00717-JFM |
| DR. DANIEL FRIEDMAN, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \*o0o\* \* \* \* \* \* \* \*

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff and defendants Freishtat, Burke, Mullen, & Lubnow, LLC, David Freishtat, and Stacie F. Dubnow, by and through their respective undersigned counsel, pursuant to Fed.R.Civ.P. 41(a), stipulate and agree that the plaintiff's action (including all counts against all parties) is hereby voluntarily dismissed WITH PREJUDICE.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ (ADL, by express permission) |
| Andrew D. Levy (Fed. Bar No. 00861) | Alvin I. Frederick (Fed. Bar No. 01459) |
| BROWN, GOLDSTEIN & LEVY, LLP | ECCLESTON AND WOLF, P.C. |
| 120 East Baltimore Street, Suite 1700 | 729 East Pratt Street, 7th Floor |
| Baltimore, Maryland 21202 | Baltimore, Maryland 21202-4460 |
| (410) 962-1030 | (410) 752-7474 |
| | |
| Local Counsel for the Plaintiff | Counsel for Defendants Freishtat, Burke, Mullen, & Lubnow, LLC, David Freishtat and Stacie F. Dubnow |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of June, 2005, a copy of the foregoing was electronically filed and served on all counsel participating in the ECF system and by first class mail and email to Laurie A. Holmes, Esquire, Gardner, Carton & Douglas, LLP, 191 N. Wacker Drive, Suite 3700, Chicago, Illinois 60606-1698, lholmes@gcd.com, counsel for the remaining defendants.

/s/
Andrew D. Levy