UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| DR. ANN McALLISTER OLIVARIUS, | * | |
| Plaintiff, | * | |
| v | * | Civil Action No.: 1:05-CV-00717-JFM |
| DR. DANIEL FRIEDMAN, et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE

Clerk:

    Please enter the appearance of Rodney H. Glover (MD Bar No. 07780) and Attison L. Barnes III (MD Bar No. 15198) as counsel for Defendants Dr. Daniel Friedman, Dr. Joanne Ingwall, Willam Donelan, Dr. Richard Page, Karen Savransky, and Dana Boyd.

    DR. DANIEL FRIEDMAN, DR. JOANNE INGWALL, WILLIAM DONELAN, DR. RICHARD PAGE, KAREN SAVRANSKY, DANA BOYD
By Counsel

    /s/
Rodney H. Glover (MD Bar No. 07780
Attison L. Barnes, III (MD Bar No.15198)
WILEY REIN & FELDING LLP
1776 K Street, N.W.
Washington, DC  20006
Tel: (202) 719-7000  Fax: (202) 719-7207
Email: abarnes@wrf.com
    rglover@wrf.com
*Counsel for Daniel Friedman, Joanne Ingwall, William Donelan, Richard Page, Karen Savransky and Dana Boyd*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2005, a copy of the foregoing Notice of Appearance was sent by U.S. mail first class, postage prepaid, to:

>James D. McCarthy, Esquire
>Diamond, McCarthy, Taylor, Finley, Bryant & Lee, LLP
>1201 Elm Street, Suite #3400
>Dallas, Texas 75270
>*Attorneys for Plaintiff*
>
>Martin S. Himeles, Jr., Esquire
>Zuckerman Spaeder LLP
>100 E. Pratt St., Suite 2440
>Baltimore, MD 21202
>*Attorneys for Plaintiff*
>
>Andrew D. Levy, Esquire
>Brown, Goldstein & Levy, LLP
>120 East Baltimore Street, Suite 1700
>Baltimore, MD 21202
>*Attorneys for Plaintiff*
>
>Alvin I. Frederick, Esquire
>James E. Dickerman, Esquire
>Eccleston & Wolf, P.C.
>7th floor – Scarlett Place
>729 East Pratt Street
>Baltimore, Maryland 21202

/s/
Attison L. Barnes, III

WRFMAIN 12345720.1