**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

DR. ANN McALLISTER OLIVARIUS,  *

    Plaintiff,      *

v            *  Civil Action No.:
              1:05-CV-00717-JFM
DR. DANIEL FRIEDMAN, <u>et</u> <u>al.</u>,  *

    Defendants.    *

*  *  *  *  *  *  *  *  *  *  *  *

**SARNOFF DEFENDANTS' BRIEF IN SUPPORT OF FREISHSTAT DEFENDANTS'**
**MOTION TO STRIKE SETTLEMENT ORDER (LOCAL RULE III), OR, IN THE**
**<u>ALTERNATIVE, MOTION TO MODIFY THE SETTLEMENT ORDER</u>**

Defendants Dr. Daniel Friedman, Dr, Joanne Ingwall, William Donelan, Dr. Richard Page, Karen Savaransky, and Dana Boyd ("Sarnoff Defendants"), by counsel, submit this brief in Support of the Motion to Strike Settlement Order (Local Rule III), or, in the Alternative, Motion to Modify the Settlement Order filed by Defendants Frieshstat, Burke, Mullen and Dubnow, LLC, David Freishstat, and Stacie Dubnow (the "Frieshstat Defendants").

   1.  On June 7, 2005, the Plaintiff voluntarily dismissed with prejudice all claims against all defendants by filing a Stipulation of Dismissal signed by counsel for the Plaintiff and counsel for the Frieshstat Defendants.

   2.  The Sarnoff Defendants were not required to join the Stipulation of Dismissal, as the date for their Answer had not arrived.  <u>See</u>, Fed. R. Civ. P. 41(a) .

3.      Also on June 7, 2005, this Court entered a Settlement Order stating that:  (1) the Court had "been advised by the parties that the above action has been settled;" and (2) that "each party is to bear its own costs unless otherwise agreed."

4.      There was no "settlement" in this case, and the Sarnoff Defendants paid no consideration in exchange for the dismissal with prejudice.  Therefore, the "Settlement Order" entered by the Court does not accurately reflect the disposition of the case.

5.      Moreover, as the Sarnoff Defendants may pursue sanctions against the Plaintiff and her counsel for the filing of this action in bad faith and/or without substantial justification, this Court's order would, as written, limit defendants' ability to shift the fees and costs as provided by applicable law.

6.      If the Court fails to strike or modify the Settlement Order, the Court file will give the incorrect impression that the Sarnoff Defendants paid some consideration for the relief, and may be used to preclude defendants from seeking reimbursement for their fees and costs incurred in defending this action.

WHEREFORE, for the foregoing reasons, the Sarnoff Defendants respectfully request that the Court strike the Settlement Order or, in the alternative, modify the Settlement Order to indicate that the Sarnoff Defendants paid no consideration for the voluntary dismissal, that there

was no settlement in this case, and that the Sarnoff Defendants are not prevented from seeking

their costs and fees in this matter.

DR. DANIEL FRIEDMAN
DR. JOANNE INGWALL
WILLIAM DONELAN
DR. RICHARD PAGE
KAREN SAVRANSKY
DANA BOYD

By Counsel

/s/

Rodney H. Glover (MD Bar No. 07780
Attison L. Barnes, III (MD Bar No.15198)
WILEY REIN & FELDING LLP
1776 K Street, N.W.
Washington, DC  20006
(202) 719-7000
Fax: (202) 719-7207
Email: rglover@wrf.com
        abarnes@wrf.com
*Counsel for Daniel Friedman, Joanne Ingwall, William Donelan, Richard Page, Karen Savransky and Dana Boyd*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of June, 2005, a copy of the foregoing

Sarnoff Defendants' Brief In Support Of Freishstat Defendants' Motion To Strike Settlement

Order (Local Rule Iii), Or, In The Alternative, Motion To Modify The Settlement Order was sent

by U.S. mail first class, postage prepaid, to:

> James D. McCarthy, Esquire
> Diamond, McCarthy, Taylor, Finley, Bryant & Lee, LLP
> 1201 Elm Street, Suite #3400
> Dallas, Texas 75270
> *Attorneys for Plaintiff*
>
> Martin S. Himeles, Jr., Esquire
> Zuckerman Spaeder LLP
> 100 E. Pratt St., Suite 2440
> Baltimore, MD  21202
> *Attorneys for Plaintiff*
>
> Andrew D. Levy, Esquire
> Brown, Goldstein & Levy, LLP
> 120 East Baltimore Street, Suite 1700
> Baltimore, MD  21202
> *Attorneys for Plaintiff*
>
> Alvin I. Frederick, Esquire
> James E. Dickerman, Esquire
> Eccleston & Wolf, P.C.
> 7th floor – Scarlett Place
> 729 East Pratt Street
> Baltimore, Maryland  21202



                              /s/
                     Attison L. Barnes, III


WRFMAIN 12345675.1