Andrew D. Levy
ADL@browngold.com

Also a member of the District of Columbia Bar

**Brown Goldstein Levy LLP**

120 E. Baltimore St.
Suite 1700
Baltimore, Maryland
21202-6701
Tel:  410-962-1030
Fax: 410-385-0869
www.browngold.com

June 24, 2005

The Honorable J. Frederick Motz
United States District Judge
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    <u>Olivarius v. Friedman, et al.</u>; Civil Action No. JFM-05-717

Dear Judge Motz:

    I write briefly on behalf of the plaintiff with respect to the Sarnoff Defendants' Brief in support of the Freishtat Defendants' Motion to Strike Settlement Order, or, in the alternative, Motion to Modify the Settlement Order (paper no. 17).

    Like the Freishtat defendants, the Sarnoff defendants include in their brief several statements critical of the plaintiff and her counsel that are irrelevant and unnecessary to the question of whether the Settlement Order should be vacated. I will not repeat the substance of plaintiff's previous letter to Your Honor (paper no. 15) responding to the Freishtat defendants' motion except to note for the record that at all times the plaintiff and her counsel acted reasonably and responsibly.

    Having said that, the proposed Order attached to the Sarnoff defendants' brief was unobjectionable, and plaintiff does not object to its entry. In the alternative, plaintiff respectfully references her previous letter in which she set out two practical alternatives for resolving defendants' objections to the Settlement Order – a paperless Order vacating the Settlement Order and approving the Stipulation, or in the alternative an Order stating:

> Pursuant to stipulation, this action is hereby dismissed with prejudice and this case is administratively closed. This Order replaces and supercedes in all respects this Court's June 7, 2005, "Settlement Order" issued pursuant to Local Rule 111 (paper no. 13), which Order is hereby vacated.

BROWN, GOLDSTEIN & LEVY, LLP

The Honorable J. Frederick Motz
June 24, 2005
Page 2

The Court's consideration of these matters is appreciated.

Respectfully,

/s/

Andrew D. Levy

ADL/
cc:     All counsel on electronic filing system