IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DR. ANNE MCALLISTER OLIVARIUS    *
                                                         *
    v.                                       *    Civil No. JFM-05-717
                                                         *
DR. DANIEL FRIEDMAN, ET AL.    *
                                                       *****

ORDER

Upon consideration of the motion to strike the settlement order filed by defendants Freishtat, et al., and the papers submitted in connection therewith, it is, this 24th day of June 2005

ORDERED that the settlement order entered by this court on June 7, 2005 is stricken.


/s/_____
J. Frederick Motz
United States District Judge