UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| DR. ANN McALLISTER OLIVARIUS, | * |
| Plaintiff, | * |
| v | *   Civil Action No.: 1:05-CV-00717-JFM |
| DR. DANIEL FRIEDMAN, et al., | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits 1, 2, 6, 7, 8, and 9 which are attached to the Memorandum in Support of Defendants' Motion for Sanctions exist only in paper format and are 15 pages or longer. When scanned into PDF format the files are very large. These exhibits will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Date: July 7, 2005

DR. DANIEL FRIEDMAN
DR. JOANNE INGWALL
WILLIAM DONELAN
DR. RICHARD PAGE
KAREN SAVRANSKY
DANA BOYD

By Counsel

_____/s/_____
Rodney H. Glover (MD Bar No. 07780)
Attison L. Barnes, III (MD Bar No.15198)
Charles C. Lemley (MD Bar No. 15205)

WILEY REIN & FELDING LLP
1776 K Street, N.W.
Washington, DC  20006
(202) 719-7000
*Counsel for Daniel Friedman, Joanne Ingwall, William Donelan, Richard Page, Karen Savransky and Dana Boyd*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7st day of July, 2005, a copy of the foregoing Notice of Filing of Lengthy Exhibit, along with a copy of Exhibit 10 in paper format was mailed by first class, postage prepaid mail:

>James D. McCarthy, Esquire
>Diamond, McCarthy, Taylor, Finley, Bryant & Lee, LLP
>1201 Elm Street, Suite #3400
>Dallas, Texas 75270
>*Attorneys for Plaintiff*
>
>Martin S. Himeles, Jr., Esquire
>Zuckerman Spaeder LLP
>100 E. Pratt St., Suite 2440
>Baltimore, MD 21202
>*Attorneys for Plaintiff*

/s/
Attison L. Barnes, III