UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 5, 2005

Memo To Counsel Re: Dr. Anne Olivarius v. Dr. Daniel Friedman, et al.
Civil No. JFM-05-717

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' motion for sanctions. The motion is denied insofar as it is directed to James D. McCarthy. The motion will be denied in part and administratively closed in part insofar as it relates to Dr. Olivarius.

As to Mr. McCarthy, Rule 11 sanctions cannot be imposed because the complaint was voluntarily dismissed. Moreover, to the extent that costs and fees were incurred by any of the defendants after Mr. McCarthy advised them of plaintiff's intent to voluntarily dismiss the action but before the action was actually dismissed, it is at least arguable that their expenditures were self-inflicted. The imposition of fees and costs upon Mr. McCarthy under 28 U.S.C. § 1927 is likewise inappropriate because Mr. McCarthy was not involved in the prior proceedings between the parties.

In light of the fact that she voluntarily dismissed her suit, Rule 11 sanctions may also not be imposed upon Dr. Olivarius. It is less clear whether fees or costs could be imposed upon her under 28 U.S.C. § 1927. I have concluded it is best not to decide that issue now. The time has come to bring this acrimonious and thus far interminable dispute to an end, and further litigating the § 1927 issues would have the opposite effect. Therefore, I am administratively denying the motion for sanctions against Dr. Olivarius to the extent that the motion relies upon § 1927. If, however, Dr. Olivarius institutes any new action in connection with the matters giving rise to this action, I will (at the request of defendants) reopen the motion for sanctions under § 1927 (and the related request for injunctive relief).

Finally, the request made by Mr. Levy in his letter dated September 14, 2005 for leave to file a surreply reply on behalf of Dr. Olivarius is denied.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge